UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO THOMAS, | : | CIVIL ACTION NO. 3:10-cv-2249 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| DAVID VARANO, ET AL., | : | |
| Defendants | : | |

*FILED SCRANTON MAR 12 2012 PER ___ DEPUTY CLERK*

## ORDER

NOW, THIS 12th DAY OF MARCH, 2012, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's third motion (Doc. 72) seeking appointment of counsel is **DENIED**.

2. Commonwealth Defendants David Varano; Kathryn McCarty; Christopher Yackiel, Mary Hensler; Melissa Dirieno, Ellen Hill, and Sherri Mummy; Jill Whipple, William Reitz, and James Delbaugh's motion to dismiss the Amended Complaint (Doc. 38) is **GRANTED**. The Clerk of Courts is directed to **TERMINATE** these Defendants as parties to the action.

3. Jurisdiction is declined with respect to any pendent state law claims asserted against the Commonwealth Defendants.

4. Dismissal will be entered in favor of the Commonwealth Defendants.

_____
**United States District Judge**