UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO THOMAS, | : CIVIL ACTION NO. 3:10-cv-2249 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| DAVID VARANO, ET AL., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 26th DAY OF MARCH, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Remaining Defendants Prison Health Services (PHS); Rodney Companion, M.D.; Stanley Stanish, M.D.; Miguel Salomon, M.D.; and Physician Assistant (PA) Brian Davis' motion to dismiss the Amended Complaint (Doc. 46) is **GRANTED**;

2. Jurisdiction is declined with respect to any pendent state law claims asserted against the Remaining Defendants;

3. The Clerk of Court is directed to **CLOSE** the case; and

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

_____
**United States District Judge**